

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ILLINOIS EASTERN DISTRICT

**FILED**

DEC 05 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SRIRAM SHANMUGAVELANDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER: :22-cv-02975 |
| ) | |
| ABBVIE, INC., ) | Honorable Nancy L. Maldonado |
| ) | |
| Defendant. ) | |

CASE AMENDMENT

I, Sriram S Shanmugavelandy, the Plaintiff prose in the above-referenced cases, hereby submit this consolidated amended complaint in accordance with Federal Rule of Civil Procedure 15 (FRCP 15). This consolidated amended complaint combines CV1:22-02975] into a single case, I respectfully request that this consolidated amended complaint be filed and docketed by the Court. The consolidation is sought to streamline the litigation process, which is following the ruling on September 22,2023. to stay ongoing discovery Docket # 64. I am amending my new EEOC charges into the ongoing case number mentioned above.

**The consolidated amended complaint includes the following claims and allegations**:

In this amendment new charges been included from line/Paragraph 36 to 45 into the old complaint. In clime one was amended which is not promoted me in 2022. in Claim II. Have included charges of retaliation by the defendant ABBVIE INC. In paragraph 68 and 69  this two claims were

included in to the old complaint. The retaliation by not removing my probation/ Performance improvement program and firing me from the job wrongfully.

I certify that, to the best of my knowledge, information, and belief, the contents of this consolidated amended complaint are accurate and complete. I am requesting the honorable judge to excuse from mistakes.

Dated: December 5th, 2023

    Respectfully submitted,

    Sriram S Shanmugavelandy (*Pro Se*)

    /S/

    717 S. 4th Ave.
    Libertyville, Illinois 60048
    717-307-5223
    sriram.saravanan@gmail.com